U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

APR 2 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GEORGE EDWARD DAVIS | CIVIL ACTION NO. 06-1839 |
| VS. | SECTION P |
| LOUISIANA PAROLE BOARD, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477, 486, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) conditions are met.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this _19_ day of _April_, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE